[No. 17539–4–I.  Division One.  May 20, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
RONALD PAUL CLARK, *Appellant.*

Appeal from a judgment of the Superior Court for What-com County, No. 9006, Marshall Forrest, J., entered November 21, 1985. *Affirmed* by unpublished opinion per Williams, J., concurred in by Coleman and Webster, JJ.

[No. 18169–6–I.  Division One.  May 20, 1987.]

*In the Matter of the Estate of*
CHARLES M. JAMES.

THOMAS C. MCCARTHY, ET AL, *Appellants,* v. FIRST INTER-STATE BANK OF WASHINGTON, N.A., as *Executor,*
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 80–4–02503–9, J. Richard Quirk, J. Pro Tem., entered January 31, 1986. *Dismissed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Swanson, J.

[No. 17239–5–I.  Division One.  May 20, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
RODNEY A. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–04793–7, Francis E. Holman, J., entered February 24, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Webster, JJ.